**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE DEANGELIS,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:19-cv-00690-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Carole Deangelis ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 22, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 15, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 5, 2019. This is the first stipulation for

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

extension of time for Trans Union to respond to Plaintiff's Complaint

DATED this 13th day of May, 2019.

ALVERSON TAYLOR & SANDERS
/s/ Trevor R. Waite
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000/Fax: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK, LLC**

/s/ Shaina r. Plaksin

Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
Shaina R. Plaksin, Nevada Bar No. 13935
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060/Fax: (702) 447-8048
Email: Shaina.plaksin@knepperclark.com
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

**HAINES & KRIEGER, LLC**
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554/Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 15th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

N:\kurt.grp\CLIENTS\26100\26194\pleadings\Deangelis Carole-Joint Stip for Extension of Time to Respond P's Complaint.doc