Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE DEANGELIS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:19-cv-00690-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Carole Deangelis ("Plaintiff"), by and through her counsel of record, and Defendant TRANS UNION LLC ("Trans Union") have agreed and stipulated to the following:

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

1. On April 22, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On June 5, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.14].

3. Plaintiff's Response is due June 19, 2019.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow counsel additional time to continue settlement discussions. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **July 3, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated June 17, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 12503 |
| Miles N. Clark, Esq. | 3800 Howard Hughes Parkway, Suite 500 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| Shaina R. Plaksin, Esq. | Email: jthompson@clarkhill.com |
| Nevada Bar No. 13935 | |
| 5510 So. Fort Apache Rd, Suite 30 | *Counsel for Defendant* |
| Las Vegas, NV 89148 | *Equifax Information Services LLC* |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | |
| Email: shaina.plaksin@knepperclark.com | |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| *Counsel for Plaintiff* | |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

| **ALVERSON TAYLOR & SANDERS** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Trevor Waite* | /s/ *Kiah D. Beverly-Graham* |
| Kurt R. Bonds, Esq. | Kelly H. Dove, Esq. |
| Nevada Bar No. 6228 | Nevada Bar No. 10569 |
| Trevor Waite, Esq. | Kiah D. Beverly-Graham, Esq. |
| Nevada Bar No. 13779 | Nevada Bar No. 11916 |
| 6605 Grand Montecito Parkway, Suite 200 | 3883 Howard Hughes Pkwy. |
| Las Vegas, NV 89149 | Las Vegas, NV 89169 |
| Email: kbonds@alversontaylor.com | Email: kdove@swlaw.com |
| Email: twaite@alversontaylor.com | Email: kbeverly@swlaw.com |
| | |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Trans Union LLC* | *Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage* |

*Deangelis v. Equifax Information Services LLC, et al*
2:19-cv-00690-JCM-VCF

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### TRANS UNION'S MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3