Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLE DEANGELIS, | Case No.: 2:19-cv-00690-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and WELLS FARGO HOME MORTGAGE, | **[SECOND REQUEST]** |
| Defendants. | |

Plaintiff Carole Deangelis ("Plaintiff"), by and through her counsel of record, and

Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 1

1.      On April 22, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2.      On June 5, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.14].

3.      On June 17, 2019, the Court granting the Parties stipulation to extend time for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint. [ECF Dkt. 21]

4.      Plaintiff's Response is due July 3, 2019.

5.      Plaintiff and Trans Union have agreed to extend Plaintiff's response twenty-one days in order to allow counsel additional time to continue settlement discussions.  As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **July 24, 2019**.  This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated July 3, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6228 |
| Miles N. Clark, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13779 |
| Shaina R. Plaksin, Esq. | 6605 Grand Montecito Parkway, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89149 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: kbonds@alversontaylor.com |
| Las Vegas, NV 89148 | Email: twaite@alversontaylor.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| Email: shaina.plaksin@knepperclark.com | *Trans Union LLC* |

**HAINES & KRIEGER LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

| **CLARK HILL PLLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Jeremy J. Thompson* | /s/ *Kiah D. Beverly-Graham* |
| Jeremy J. Thompson, Esq. | Kelly H. Dove, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 10569 |
| 3800 Howard Hughes Parkway, Suite 500 | Kiah D. Beverly-Graham, Esq. |
| Las Vegas, NV 89169 | Nevada Bar No. 11916 |
| Email: jthompson@clarkhill.com | 3883 Howard Hughes Pkwy. |
| | Las Vegas, NV 89169 |
| *Counsel for Defendant* | Email: kdove@swlaw.com |
| *Equifax Information Services LLC* | Email: kbeverly@swlaw.com |
| | |
| | *Counsel for Defendant* |
| | *Wells Fargo Bank, N.A., sued as Wells Fargo* |
| | *Home Mortgage* |

*Deangelis v. Equifax Information Services LLC, et al.*
*2:19-cv-00690-JCM-VCF*

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
## TRANS UNION'S MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: ___July 3, 2019___

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS
[SECOND REQUEST] - 3