Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLE DEANGELIS,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and WELLS FARGO HOME MORTGAGE,<br><br>    Defendants. | Case No.: 2:19-cv-00690-JCM-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC**<br><br>**[FIRST REQUEST]** |

     Plaintiff Carole Deangelis ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union (45) forty-five:

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC[FIRST REQUEST] - 1

1. The Parties settled this matter on July 11, 2019 [ECF Dkt. 24].

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of forty-five days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the settlement agreement.

4. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **October 28, 2019**.

DATED September 11, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
| /s/ *Shaina R. Plaksin* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6228 |
| Miles N. Clark, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13779 |
| Shaina R. Plaksin, Esq. | Email: kbonds@alversontaylor.com |
| Nevada Bar No. 13935 | Email: twaite@alversontaylor.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| Email: shaina.plaksin@knepperclark.com | *Trans Union LLC* |

**HAINES & KRIEGER LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

## ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 25th day of September, 2019.